**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 30 2016 ★

LONG ISLAND OFFICE

---

THE NORTH FACE APPAREL CORP.,

                Plaintiff,

v.

PAUL HARYASH, JANE DOES 1-10 AND XYZ COMPANIES 1-10,

                Defendants.

CIVIL ACTION NO. _____

APPLICATION FOR ORDER TO SEAL FILE

[FILED UNDER SEAL PURSUANT TO 15 U.S.C. § 1116]

CV-16 7193

FEUERSTEIN, J.
BROWN, M.J.

    Plaintiff The North Face Apparel Corp. ("The North Face" or "Plaintiff") hereby makes application to this Court that this action be maintained temporarily under seal, pursuant to 15 § U.S.C. 1116(d)(8). In this action, Plaintiff is requesting an *ex parte* Temporary Restraining Order, Seizure Order, Asset Restraining Order, Expedited Discovery Order and Order to Show Cause for Preliminary Injunction ("Requested Order") based on an action for trademark counterfeiting arising under the Trademark Act of 1946, 15 U.S.C. §§ 1051 *et seq.*, as amended by the Trademark Counterfeiting Act of 1984, Public Law 98-473 (October 12, 1984), the Anti-Counterfeiting Consumer Protection Act of 1996, Pub. L. 104-153 (July 2, 1996), and the Prioritizing Resources and Organization for Intellectual Property Act of 2007, H.R. 4279 (October 13, 2008) (the "Lanham Act"). Sealing of the file is necessary to prevent Defendants from learning of these proceedings prior to execution and service of the Requested Order. If Defendant were to learn of these proceedings prematurely, the likely result would be the destruction of relevant documentary evidence and the hiding of assets, which would frustrate the

purposes underlying the Trademark Counterfeiting Act and would interfere with this Court's power to grant relief.

If the Court grants the requested *ex parte* relief, Plaintiff further requests that the Court file be sealed until the date for hearing on the order to show cause to modify preliminary injunction, as mandated by the statutory scheme under 15 U.S.C. § 1116(d)(8).

A Proposed Order To Seal File is submitted herewith.


Dated: December 30, 2016               Respectfully submitted,


                                       DAVIS WRIGHT TREMAINE LLP

                                       By: *L. Danielle Toaltoan*

                                       G. Roxanne Elings
                                       (RoxanneElings@dwt.com)
                                       L. Danielle Toaltoan
                                       (danielletoaltoan@dwt.com)
                                       George Wukoson
                                       (georgewukoson@dwt.com)
                                       1251 Avenue of the Americas, 21st Floor
                                       New York, NY 10020
                                       Telephone: (212) 489-8230
                                       Facsimile: (212) 489-8340

                                       *Attorneys for Plaintiff The North Face Apparel Corp.*

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NORTH FACE APPAREL CORP.,<br><br>      Plaintiff,<br>v.<br><br>PAUL HARYASH, JANE DOES 1-10 AND XYZ COMPANIES 1-10,<br><br>      Defendants. | CIVIL ACTION NO. _____<br><br>[PROPOSED] ORDER TO SEAL FILE<br><br>[FILED UNDER SEAL PURSUANT TO 15 U.S.C. § 1116] |

  Upon consideration of the above-named Plaintiff's Application for an Order to File Under Seal, it is hereby:

  ORDERED that the Clerk of the Court shall maintain this action under seal pending further order of the Court, and it is further

  ORDERED that, notwithstanding this Order to Seal, the Clerk of the Court shall have authority to provide Plaintiff with certified copies of any court orders entered in this matter while under seal.

DATED this \_\_\_\_ day of December 2016.  UNITED STATES DISTRICT COURT

Hour: _____ a.m./p.m.  By: _____
                   United States District Judge